# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00084-CV

**Valdez Remodeling & Weatherization, Inc., Appellant**

**v.**

**Travis County, Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GV-07-001378, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Valdez Remodeling & Weatherization, Inc., has filed a motion to dismiss the instant appeal. In the motion, appellant states that the matter has been settled and the appeal is now moot. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:  March 11, 2009